DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SIMEI MOREIRA DA SILVA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2606

[November 15, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 99-12606 CF10A.

Simei Moreira Da Silva, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***